## J. LEROY SYKES *v.* STATE OF MARYLAND.

[No. 23, October Term, 1927.]

*Decided January 11th, 1928.*

The cause was argued before BOND, C. J., PATTISON, URNER, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Joshua Clayton,* for the appellant.

*Thomas H. Robinson, Attorney General, Robert H. Archer, Assistant Attorney General,* and *Henry L. Constable, State's Attorney for Cecil County,* submitting on brief, for the State.

A *per curiam* opinion was delivered, dismissing the appeal.